**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1103**

NAZIRA URREGO,

        Plaintiff - Appellant,

    v.

SAMUEL I. WHITE, P.C.,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, District Judge.  (3:17-cv-00437-MHL-DJN)

Submitted:  July 22, 2021                  Decided:  August 4, 2021

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Nazira Urrego, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nazira Urrego filed a notice of appeal in the district court after we affirmed the dismissal with prejudice of Urrego's amended complaint. *See Urrego v. Samuel I. White, P.C.*, 831 F. App'x 82 (4th Cir. 2020) (per curiam). Urrego purported to appeal from an order entered on January 11, 2021, but no such order exists. The district court's last order in these proceedings was entered in January 2020. Because there is no district court order over which we may exercise jurisdiction, we dismiss this appeal. *See United States v. Doe*, 962 F.3d 139, 143 (4th Cir. 2020) (explaining that "we have jurisdiction only over final orders and certain interlocutory and collateral orders"). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*